**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **MALACO, INC.** | * | **CIVIL ACTION NO: 25-266** |
| | * | |
| | * | **JUDGE: ANNA ST. JOHN** |
| **v.** | * | |
| | * | **SECTION: N** |
| | * | |
| **DION NORMAN & DERRICK ORDOGNE** | * | **MAG. JUDGE: EVA J. DOSSIER** |
| | * | |
| | * | **DIVISION: 3** |
| | * | |
| * * * * * * * * * * * * * * * * * * * | * | |

**CONSENT JUDGMENT**

Considering the joint motion for entry of consent judgment filed by Malaco, Inc.; Dion Norman; and Derrick Ordogne;

**IT IS ORDERED** that the motion is **GRANTED** and the Court enters judgment as follows:

**IT IS ORDERED** that Dion Norman and Derrick Ordogne (and their respective publishing entities Scarred Life and Dirty Clean Publishing) are not entitled to and will not pursue claims of authorship, publishing, or sound recording rights in connection with "Where They At" or "Bitches (Reply)" including any derivatives thereof or entitlement to any revenues attributable thereto (other than as may be contractually agreed to between the parties with respect to producer royalties on master revenues). As between the parties, Malaco, Inc. shall serve as the administrative publisher for all author, publishing, and sound recording rights and Dion Norman and Derrick Ordogne shall not contact or negotiate with any third parties in an effort to seek payments related to "Where They At" or "Bitches (Reply)" or any derivatives thereof. With the exception of Sound Exchange, all payments to Dion Norman and Derrick Ordogne related to

"Where They At" and "Bitches (Reply)" and any derivatives thereof shall be supplied directly from Malaco, Inc.

**IT IS ORDERED** that this lawsuit is **DISMISSED WITH PREJUDICE.**

The Court shall retain jurisdiction over enforcement of any breach of the parties' settlement agreement.

New Orleans, Louisiana this _____ day of October, 2026.

______________________________

**JUDGE ANNA ST. JOHN**
**UNITED STATES DISTRICT JUDGE**